UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. MJ08-328 |
| v. ) | |
| ) | |
| DARREN K. CHAPMAN, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

    Citation R3215557:   Driving Under the Influence.

    Citation R3215558:   Driving A Motor Vehicle When License Under Restraint.

<u>Date of Detention Hearing</u>:   July 17, 2008

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1)    Defendant has multiple driving while under the influence convictions.

    2)    Defendant has not received treatment for his apparent alcoholism.

    3)    Defendant has multiple failures to appear.

    4)    Defendant has a history of failure to comply with Court Orders.

DETENTION ORDER                                             15.13
18 U.S.C. § 3142(i)                                     Rev. 1/91
PAGE 1

5) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of July, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge